**Alberto Manuel BREMER–GUTIERREZ, Plaintiff—Appellant,**

v.

**3COM CORPORATION, Defendant—Appellee.**

No. 03–40908.

United States Court of Appeals, Fifth Circuit.

March 10, 2004.

Guillermo Gerardo Alarcon, J. Alberto Alarcon, Hall, Quintanilla & Alarcon, Laredo, TX, for Plaintiff–Appellant.

---

W. Michael Fisher, Roerig, Oliveira & Fisher, Brownsville, TX, Robert L. Soza, Jr., Mark Fassold, Jenkens & Gilchrist, San Antonio, TX, for Defendant–Appellee.

Vincent A. Notzon, Paul A. Fleck, Martin, Drought & Torres, San Antonio, TX, for Amicus Curiae.

Before JOLLY, DUHÉ and STEWART, Circuit Judges.

PER CURIAM:*

We have reviewed the record, studied the briefs, and heard oral argument in this case. It is clear to us that the district court committed no error and we affirm its judgment for the reasons given in its able opinion.

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.